# EXHIBIT C

{Firm/10/00260/02362657.DOCX }

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM
NYSCEF DOC. NO. 6

INDEX NO. 153890/2025
RECEIVED NYSCEF: 05/22/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------ X

G.L., an infant by her Father and Natural
Guardian, MICHAEL LEE, E.L., an infant by her
Father and Natural Guardian, MICHAEL LEE
and MICHAEL LEE, Individually,

     Plaintiffs,

  -against-

AMAZON.COM, INC., a/k/a AMAZON.COM
SERVICES, INC. d/b/a AMAZON.COM,
AMAZON MARKETPLACE, SCHYLLING
ASSOCIATES, INC. and AS SEEN ON TV
PEOPLE LLC,

     Defendants.

------------------------------------------------------------ X

INDEX NO. 153890/2025

**DEFENDANT AMAZON.COM, INC.'S
ANSWER TO PLAINTIFFS'
VERIFIED COMPLAINT**

Defendant Amazon.com, Inc. ("Amazon"),[1] answers Plaintiffs' Verified Complaint as follows, in paragraphs numbered to correspond to the paragraph numbers in the Verified Complaint. Except as expressly admitted herein, Amazon denies all allegations in Plaintiffs' Verified Complaint.

## THE PARTIES

1.   Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and therefore denies them.

2.   Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 and therefore denies them.

3.   Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 and therefore denies them.

---

[1] Amazon Marketplace, LLC is not a registered entity. Amazon's responses herein are for Amazon.com, Inc.

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM
NYSCEF DOC. NO. 6

INDEX NO. 153890/2025
RECEIVED NYSCEF: 05/22/2025

4.    Amazon admits only that it is a foreign corporation incorporated and existing under the laws of the State of Delaware with its principal place of business in the State of Washington. Amazon further admits that it has an office in the State of New York. Amazon denies the remaining allegations in Paragraph 4.

5.    Amazon admits only that it is a foreign corporation incorporated and existing under the laws of the State of Delaware with its principal place of business in the State of Washington. Amazon further admits that it is authorized to do, and does, business in the State of New York. Amazon denies the remaining allegations in Paragraph 5.

6.    Amazon admits only that it is authorized to do, and does, business in the State of New York. Amazon denies the remaining allegations in Paragraph 6.

7.    Amazon admits only that it is authorized to do, and does, business in the State of New York. Amazon denies the remaining allegations in Paragraph 7.

8.    Amazon admits only that it is authorized to do, and does, business in the State of New York. Amazon denies the remaining allegations in Paragraph 8.

9.    Amazon admits only that it is authorized to do, and does, business in the State of New York. Amazon denies the remaining allegations in Paragraph 9.

10.    Amazon admits only that it is authorized to do, and does, business in the State of New York. Amazon denies the remaining allegations in Paragraph 10.

11.    Amazon admits only that it operates a store at Amazon.com where millions of sellers sell their products. Amazon denies the remaining allegations in Paragraph 11.

12.    Amazon admits only that it operates a store at Amazon.com where millions of third-party sellers sell their products. Amazon denies the remaining allegations in Paragraph 12.

-2-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM
NYSCEF DOC. NO. 6

INDEX NO. 153890/2025
RECEIVED NYSCEF: 05/22/2025

13.    Amazon admits only that it operates a store at Amazon.com where millions of third-party sellers sell their products, including but not limited to the Schylling NeeDoh Dream Drop - Sensory Squeeze Toy with Dreamy Smooth Squeeze - 3" Tall - Color May Vary (Pack of 1), ASIN B0D6D6TPQL, at issue in this case. Amazon denies the remaining allegations in Paragraph 13.

14.    Amazon admits only that on November 17, 2024, third-party seller AsSeenOnTVPeople LLC d/b/a Better Service Stores sold two Schylling NeeDoh Dream Drop - Sensory Squeeze Toy with Dreamy Smooth Squeeze - 3" Tall - Color May Vary (Pack of 1), ASIN B0D6D6TPQL, to an Amazon account registered to Jessica L. David, via Order ID 112-6607943-4441826. Amazon denies the remaining allegations in Paragraph 14.

15.    Amazon admits only that the Complaint attaches as Exhibit 2 a screenshot of a Schylling NeeDoh Dream Drop - Sensory Squeeze Toy with Dreamy Smooth Squeeze - 3" Tall - Color May Vary (Pack of 1), and that screenshot speaks for itself. Amazon denies the remaining allegations in Paragraph 15.

16.    Amazon denies the allegations in Paragraph 16.

17.    Amazon denies the allegations in Paragraph 17.

18.    Amazon denies the allegations in Paragraph 18.

19.    Amazon denies the allegations in Paragraph 19.

20.    Amazon denies the allegations in Paragraph 20.

21.    Amazon denies the allegations in Paragraph 21.

22.    Amazon denies the allegations in Paragraph 22.

23.    Amazon denies the allegations in Paragraph 23.

24.    Amazon denies the allegations in Paragraph 24.

25.    Amazon denies the allegations in Paragraph 25.

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025

NYSCEF DOC. NO. 6    RECEIVED NYSCEF: 05/22/2025

26.    Amazon denies the allegations in Paragraph 26.

27.    Amazon admits only that it operates a store at Amazon.com where millions of third-party sellers sell their products, and that it receives fees from third-party sellers. Amazon denies the remaining allegations in Paragraph 27.

28.    Amazon denies the allegations in Paragraph 28.

29.    Amazon admits only that Paragraph 29 quotes language from Amazon's February 21, 2021 Form 10-K, and that language speaks for itself. Amazon denies the remaining allegations in Paragraph 29.

30.    Amazon denies the allegations in Paragraph 30.

31.    Amazon denies the allegations in Paragraph 31.

32.    Paragraph 32 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and therefore denies them.

33.    Paragraph 33 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and therefore denies them.

34.    Paragraph 34 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 and therefore denies them.

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM
NYSCEF DOC. NO. 6

INDEX NO. 153890/2025
RECEIVED NYSCEF: 05/22/2025

35.     Paragraph 35 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and therefore denies them.

36.     Paragraph 36 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and therefore denies them.

37.     Paragraph 37 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and therefore denies them.

38.     Paragraph 38 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and therefore denies them.

39.     Paragraph 39 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and therefore denies them.

40.     Paragraph 40 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or

-5-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025

NYSCEF DOC. NO. 6    RECEIVED NYSCEF: 05/22/2025

information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and therefore denies them.

41.    Paragraph 41 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and therefore denies them.

42.    Paragraph 42 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 and therefore denies them.

43.    Paragraph 43 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 and therefore denies them.

44.    Paragraph 44 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 and therefore denies them.

45.    Paragraph 45 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 and therefore denies them.

-6-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM   INDEX NO. 153890/2025
NYSCEF DOC. NO. 6                                              RECEIVED NYSCEF: 05/22/2025

46.     Paragraph 46 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 and therefore denies them.

47.     Paragraph 47 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and therefore denies them.

48.     Paragraph 48 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 and therefore denies them.

49.     Paragraph 49 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 and therefore denies them.

50.     Paragraph 50 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 and therefore denies them.

51.     Paragraph 51 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025

NYSCEF DOC. NO. 6                                          RECEIVED NYSCEF: 05/22/2025

information sufficient to form a belief as to the truth of the allegations in Paragraph 51 and therefore denies them.

52.     Paragraph 52 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 and therefore denies them.

53.     Paragraph 53 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 and therefore denies them.

54.     Paragraph 54 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 and therefore denies them.

55.     Paragraph 55 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 and therefore denies them.

56.     Paragraph 56 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 and therefore denies them.

-8-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM
NYSCEF DOC. NO. 6

INDEX NO. 153890/2025

RECEIVED NYSCEF: 05/22/2025

57.     Paragraph 57 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 and therefore denies them.

58.     Paragraph 58 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 and therefore denies them.

59.     Paragraph 59 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon admits that on November 17, 2024, third-party seller AsSeenOnTVPeople LLC d/b/a Better Service Stores sold two Schylling NeeDoh Dream Drop - Sensory Squeeze Toy with Dreamy Smooth Squeeze - 3" Tall - Color May Vary (Pack of 1), ASIN B0D6D6TPQL, to an Amazon account registered to Jessica L. David, via Order ID 112-6607943-4441826. Amazon denies the remaining allegations in Paragraph 59.

60.     Paragraph 60 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 and therefore denies them.

61.     Paragraph 61 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 and therefore denies them.

-9-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM
NYSCEF DOC. NO. 6

INDEX NO. 153890/2025
RECEIVED NYSCEF: 05/22/2025

62.     Paragraph 62 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 and therefore denies them.

63.     Paragraph 63 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 and therefore denies them.

64.     Paragraph 64 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 and therefore denies them.

65.     Paragraph 65 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 and therefore denies them.

66.     Paragraph 66 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 and therefore denies them.

67.     Amazon admits only that on November 17, 2024, third-party seller AsSeenOnTVPeople LLC d/b/a Better Service Stores sold two Schylling NeeDoh Dream Drop - Sensory Squeeze Toy with Dreamy Smooth Squeeze - 3" Tall - Color May Vary (Pack of 1), ASIN

-10-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM
NYSCEF DOC. NO. 6

INDEX NO. 153890/2025
RECEIVED NYSCEF: 05/22/2025

B0D6D6TPQL, to an Amazon account registered to Jessica L. David, via Order ID 112-6607943-4441826, and the toys were shipped by the third-party seller using Amazon's optional Fulfillment By Amazon program. Amazon denies the remaining allegations in Paragraph 67.

68.     Amazon admits only that on November 17, 2024, third-party seller AsSeenOnTVPeople LLC d/b/a Better Service Stores sold two Schylling NeeDoh Dream Drop - Sensory Squeeze Toy with Dreamy Smooth Squeeze - 3" Tall - Color May Vary (Pack of 1), ASIN B0D6D6TPQL, to an Amazon account registered to Jessica L. David, via Order ID 112-6607943-4441826. Amazon denies the remaining allegations in Paragraph 68.

69.     Amazon admits only that on November 17, 2024, third-party seller AsSeenOnTVPeople LLC d/b/a Better Service Stores sold two Schylling NeeDoh Dream Drop - Sensory Squeeze Toy with Dreamy Smooth Squeeze - 3" Tall - Color May Vary (Pack of 1), ASIN B0D6D6TPQL, to an Amazon account registered to Jessica L. David, via Order ID 112-6607943-4441826, and the toys were shipped by the third-party seller using Amazon's optional Fulfillment By Amazon program. Amazon denies the remaining allegations in Paragraph 69.

70.     Amazon admits only that on November 17, 2024, third-party seller AsSeenOnTVPeople LLC d/b/a Better Service Stores sold two Schylling NeeDoh Dream Drop - Sensory Squeeze Toy with Dreamy Smooth Squeeze - 3" Tall - Color May Vary (Pack of 1), ASIN B0D6D6TPQL, to an Amazon account registered to Jessica L. David, via Order ID 112-6607943-4441826. Amazon denies the remaining allegations in Paragraph 70.

71.     Amazon admits only that on November 17, 2024, third-party seller AsSeenOnTVPeople LLC d/b/a Better Service Stores sold two Schylling NeeDoh Dream Drop - Sensory Squeeze Toy with Dreamy Smooth Squeeze - 3" Tall - Color May Vary (Pack of 1), ASIN B0D6D6TPQL, to an Amazon account registered to Jessica L. David, via Order ID 112-6607943-

-11-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM
NYSCEF DOC. NO. 6

INDEX NO. 153890/2025
RECEIVED NYSCEF: 05/22/2025

4441826, and the toys were shipped to Gina Lee in Lynbrook, New York. Amazon denies the remaining allegations in Paragraph 71.

## THE UNDERLYING FACTS

72. Amazon admits only that the Complaint attaches as Exhibit 2 a screenshot of a Schylling NeeDoh Dream Drop - Sensory Squeeze Toy with Dreamy Smooth Squeeze - 3" Tall - Color May Vary (Pack of 1), and that screenshot speaks for itself. Amazon denies the remaining allegations in Paragraph 72.

73. Amazon admits only that on November 17, 2024, third-party seller AsSeenOnTVPeople LLC d/b/a Better Service Stores sold two Schylling NeeDoh Dream Drop - Sensory Squeeze Toy with Dreamy Smooth Squeeze - 3" Tall - Color May Vary (Pack of 1), ASIN B0D6D6TPQL, to an Amazon account registered to Jessica L. David, via Order ID 112-6607943-4441826, and the toys were shipped to Gina Lee in Lynbrook, New York. Amazon denies the remaining allegations in Paragraph 73.

74. Amazon admits only that on November 17, 2024, a credit card belonging to Gina Lee was used to purchase two Schylling NeeDoh Dream Drop - Sensory Squeeze Toy with Dreamy Smooth Squeeze - 3" Tall - Color May Vary (Pack of 1), ASIN B0D6D6TPQL, via Order ID 112-6607943-4441826, and the total amount charged was $18.04. Amazon denies the remaining allegations in Paragraph 74.

75. Amazon denies the allegations in Paragraph 75.

76. Amazon admits only that two Schylling NeeDoh Dream Drop - Sensory Squeeze Toy with Dreamy Smooth Squeeze - 3" Tall - Color May Vary (Pack of 1) were shipped by the third-party seller using Amazon's optional Fulfillment By Amazon program. Amazon further admits that the shipment was delivered to Gina Lee in Lynbrook, New York on or about November 18, 2024. Amazon denies the remaining allegations in Paragraph 76.

-12-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM

NYSCEF DOC. NO. 6

INDEX NO. 153890/2025

RECEIVED NYSCEF: 05/22/2025

77.     Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 and therefore denies them.

78.     Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 and therefore denies them.

79.     Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 and therefore denies them.

80.     Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 and therefore denies them.

## AS AND FOR A FIRST CAUSE OF ACTION AGAINST THE DEFENDANT AMAZON
### (Negligence)

81.     Amazon denies the allegations in Paragraph 81.

82.     Amazon denies the allegations in Paragraph 82.

83.     Amazon denies the allegations in Paragraph 83.

84.     Amazon denies the allegations in Paragraph 84.

85.     Amazon denies the allegations in Paragraph 85.

86.     Amazon denies the allegations in Paragraph 86.

87.     Amazon denies the allegations in Paragraph 87.

88.     Amazon denies the allegations in Paragraph 88.

89.     Amazon denies the allegations in Paragraph 89.

90.     Amazon denies the allegations in Paragraph 90.

91.     Amazon denies the allegations in Paragraph 91.

92.     Amazon denies the allegations in Paragraph 92.

93.     Amazon denies the allegations in Paragraph 93.

-13-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM

NYSCEF DOC. NO. 6

INDEX NO. 153890/2025

RECEIVED NYSCEF: 05/22/2025

94.    Paragraph 94 consists of legal conclusions to which no response is required. To the extent an answer is required, Amazon denies the allegations in Paragraph 94.

95.    Amazon denies the allegations in Paragraph 95.

## AS AND FOR A SECOND CAUSE OF ACTION AGAINST THE DEFENDANT SCHYLLING (Negligence)

96.    Paragraph 96 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 96.

97.    Paragraph 97 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 97.

98.    Paragraph 98 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 98.

99.    Paragraph 99 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 99.

100.    Paragraph 100 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100 and therefore denies them.

101.    Paragraph 101 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or

-14-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025

NYSCEF DOC. NO. 6    RECEIVED NYSCEF: 05/22/2025

information sufficient to form a belief as to the truth of the allegations in Paragraph 101 and therefore denies them.

102. Paragraph 102 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102 and therefore denies them.

103. Paragraph 103 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 103.

104. Paragraph 104 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 104.

105. Paragraph 105 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105 and therefore denies them.

106. Paragraph 106 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106 and therefore denies them.

107. Paragraph 107 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or

-15-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM     INDEX NO. 153890/2025

NYSCEF DOC. NO. 6                                                                RECEIVED NYSCEF: 05/22/2025

information sufficient to form a belief as to the truth of the allegations in Paragraph 107 and therefore denies them.

108.    Paragraph 108 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108 and therefore denies them.

109.    Paragraph 109 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109 and therefore denies them.

110.    Paragraph 110 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110 and therefore denies them.

## AS AND FOR A THIRD CAUSE OF ACTION AGAINST THE DEFENDANT AS SEEN ON TV PEOPLE LLC (Negligence)

111.    Paragraph 111 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 111.

112.    Paragraph 112 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 112.

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM   INDEX NO. 153890/2025

NYSCEF DOC. NO. 6                                                    RECEIVED NYSCEF: 05/22/2025

113.     Paragraph 113 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 113.

114.     Paragraph 114 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 114.

115.     Paragraph 115 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115 and therefore denies them.

116.     Paragraph 116 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116 and therefore denies them.

117.     Paragraph 117 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117 and therefore denies them.

118.     Paragraph 118 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 118.

-17-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM
INDEX NO. 153890/2025

NYSCEF DOC. NO. 6
RECEIVED NYSCEF: 05/22/2025

119.    Paragraph 119 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 119.

120.    Paragraph 120 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120 and therefore denies them.

121.    Paragraph 121 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121 and therefore denies them.

122.    Paragraph 122 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122 and therefore denies them.

123.    Paragraph 123 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123 and therefore denies them.

124.    Paragraph 124 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124 and therefore denies them.

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025
NYSCEF DOC. NO. 6                                          RECEIVED NYSCEF: 05/22/2025

125.    Paragraph 125 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125 and therefore denies them.

## AS AND FOR A FOURTH CAUSE OF ACTION AGAINST THE DEFENDANT AMAZON (Strict Products Liability – Breach of Warranty)

126.    Amazon incorporates by reference its responses to Paragraphs 1 through 125 as though fully stated herein.

127.    Amazon denies the allegations in Paragraph 127.

128.    Amazon denies the allegations in Paragraph 128.

129.    Amazon denies the allegations in Paragraph 129.

130.    Amazon denies the allegations in Paragraph 130.

131.    Amazon denies the allegations in Paragraph 131.

132.    Amazon denies the allegations in Paragraph 132.

133.    Amazon denies the allegations in Paragraph 133.

134.    Amazon denies the allegations in Paragraph 134.

135.    Amazon denies the allegations in Paragraph 135.

136.    Amazon denies the allegations in Paragraph 136.

137.    Amazon denies the allegations in Paragraph 137.

138.    Amazon denies the allegations in Paragraph 138.

139.    Amazon denies the allegations in Paragraph 139.

## AS AND FOR A FIFTH CAUSE OF ACTION AGAINST THE DEFENDANT SCHYLLING (Strict Products Liability – Breach of Warranty)

140.    Amazon incorporates by reference its responses to Paragraphs 1 through 139 as though fully stated herein.

-19-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025

NYSCEF DOC. NO. 6    RECEIVED NYSCEF: 05/22/2025

141.    Paragraph 141 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141 and therefore denies them.

142.    Paragraph 142 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142 and therefore denies them.

143.    Paragraph 143 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, denies the allegations in Paragraph 143.

144.    Paragraph 144 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 144.

145.    Paragraph 145 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 145.

146.    Paragraph 146 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146 and therefore denies them.

-20-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025
NYSCEF DOC. NO. 6    RECEIVED NYSCEF: 05/22/2025

147. Paragraph 147 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 147.

148. Paragraph 148 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 148.

149. Paragraph 149 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149 and therefore denies them.

150. Paragraph 150 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 150 and therefore denies them.

151. Paragraph 151 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151 and therefore denies them.

152. Paragraph 152 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152 and therefore denies them.

-21-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM
INDEX NO. 153890/2025

NYSCEF DOC. NO. 6
RECEIVED NYSCEF: 05/22/2025

153. Paragraph 153 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153 and therefore denies them.

## AS AND FOR A SIXTH CAUSE OF ACTION AGAINST THE DEFENDANT AS SEEN ON TV PEOPLE LLC (Strict Products Liability – Breach of Warranty)

154. Amazon incorporates by reference its responses to Paragraphs 1 through 153 as though fully stated herein.

155. Paragraph 155 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155 and therefore denies them.

156. Paragraph 156 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156 and therefore denies them.

157. Paragraph 157 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 157.

158. Paragraph 158 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 158.

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM
NYSCEF DOC. NO. 6

INDEX NO. 153890/2025
RECEIVED NYSCEF: 05/22/2025

159.    Paragraph 159 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 159.

160.    Paragraph 160 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 160 and therefore denies them.

161.    Paragraph 161 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 161.

162.    Paragraph 162 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 162.

163.    Paragraph 163 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163 and therefore denies them.

164.    Paragraph 164 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164 and therefore denies them.

165.    Paragraph 165 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM
NYSCEF DOC. NO. 6

INDEX NO. 153890/2025
RECEIVED NYSCEF: 05/22/2025

information sufficient to form a belief as to the truth of the allegations in Paragraph 165 and therefore denies them.

166.     Paragraph 166 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166 and therefore denies them.

167.     Paragraph 167 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167 and therefore denies them.

## AS AND FOR A SEVENTH CAUSE OF ACTION AGAINST THE DEFENDANT AMAZON (Strict Products Liability – Failure to Warn)

168.     Amazon incorporates by reference its responses to Paragraphs 1 through 167 as though fully stated herein.

169.     Amazon denies the allegations in Paragraph 169.

170.     Amazon denies the allegations in Paragraph 170.

171.     Amazon denies the allegations in Paragraph 171.

172.     Amazon denies the allegations in Paragraph 172.

173.     Amazon denies the allegations in Paragraph 173.

174.     Amazon denies the allegations in Paragraph 174.

175.     Amazon denies the allegations in Paragraph 175.

176.     Amazon denies the allegations in Paragraph 176.

177.     Amazon denies the allegations in Paragraph 177.

178.     Amazon denies the allegations in Paragraph 178.

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM INDEX NO. 153890/2025

NYSCEF DOC. NO. 6                                      RECEIVED NYSCEF: 05/22/2025

179.    Amazon denies the allegations in Paragraph 179.

180.    Amazon denies the allegations in Paragraph 180.

181.    Amazon denies the allegations in Paragraph 181.

182.    Amazon denies the allegations in Paragraph 182.

183.    Amazon denies the allegations in Paragraph 183.

## AS AND FOR A EIGHTH CAUSE OF ACTION AGAINST THE DEFENDANT SCHYLLING (Strict Products Liability – Failure to Warn)

184.    Amazon incorporates by reference its responses to Paragraphs 1 through 183 as though fully stated herein.

185.    Paragraph 185 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 185 and therefore denies them.

186.    Paragraph 186 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 186 and therefore denies them.

187.    Paragraph 187 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 187 and therefore denies them.

188.    Paragraph 188 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or

-25-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025
NYSCEF DOC. NO. 6    RECEIVED NYSCEF: 05/22/2025

information sufficient to form a belief as to the truth of the allegations in Paragraph 188 and therefore denies them.

189.    Paragraph 189 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189 and therefore denies them.

190.    Paragraph 190 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190 and therefore denies them.

191.    Paragraph 191 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 191.

192.    Paragraph 192 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192 and therefore denies them.

193.    Paragraph 193 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193 and therefore denies them.

194.    Paragraph 194 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025
NYSCEF DOC. NO. 6                                                RECEIVED NYSCEF: 05/22/2025

information sufficient to form a belief as to the truth of the allegations in Paragraph 194 and therefore denies them.

195.    Paragraph 195 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 195 and therefore denies them.

196.    Paragraph 196 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196 and therefore denies them.

197.    Paragraph 197 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197 and therefore denies them.

198.    Paragraph 198 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 198 and therefore denies them.

199.    Paragraph 199 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199 and therefore denies them.

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025
NYSCEF DOC. NO. 6                                           RECEIVED NYSCEF: 05/22/2025

## AS AND FOR A NINTH CAUSE OF ACTION AGAINST THE DEFENDANT AS SEEN ON TV PEOPLE LLC (Strict Products Liability – Failure to Warn)

200.    Amazon incorporates by reference its responses to Paragraphs 1 through 199 as though fully stated herein.

201.    Paragraph 201 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201 and therefore denies them.

202.    Paragraph 202 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202 and therefore denies them.

203.    Paragraph 203 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203 and therefore denies them.

204.    Paragraph 204 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 204 and therefore denies them.

205.    Paragraph 205 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 205 and therefore denies them.

-28-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025

NYSCEF DOC. NO. 6                                                                 RECEIVED NYSCEF: 05/22/2025

206.    Paragraph 206 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206 and therefore denies them.

207.    Paragraph 207 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 207.

208.    Paragraph 208 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 208 and therefore denies them.

209.    Paragraph 209 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209 and therefore denies them.

210.    Paragraph 210 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 210 and therefore denies them.

211.    Paragraph 211 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211 and therefore denies them.

-29-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025
NYSCEF DOC. NO. 6    RECEIVED NYSCEF: 05/22/2025

212.    Paragraph 212 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212 and therefore denies them.

213.    Paragraph 213 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213 and therefore denies them.

214.    Paragraph 214 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 214 and therefore denies them.

215.    Paragraph 215 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 215 and therefore denies them.

### AS AND FOR A TENTH CAUSE OF ACTION AGAINST THE DEFENDANT AMAZON (Strict Products Liability – Strict Liability in Tort)

216.    Amazon incorporates by reference its responses to Paragraphs 1 through 215 as though fully stated herein.

217.    Amazon denies the allegations in Paragraph 217.

218.    Amazon denies the allegations in Paragraph 218.

219.    Amazon denies the allegations in Paragraph 219.

220.    Amazon denies the allegations in Paragraph 220.

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM
INDEX NO. 153890/2025
NYSCEF DOC. NO. 6
RECEIVED NYSCEF: 05/22/2025

221.    Amazon denies the allegations in Paragraph 221.

222.    Amazon denies the allegations in Paragraph 222.

223.    Amazon denies the allegations in Paragraph 223.

224.    Amazon denies the allegations in Paragraph 224.

225.    Amazon denies the allegations in Paragraph 225.

226.    Amazon denies the allegations in Paragraph 226.

227.    Amazon denies the allegations in Paragraph 227.

### AS AND FOR A ELEVENTH CAUSE OF ACTION AGAINST THE DEFENDANT SCHYLLING (Strict Products Liability – Strict Liability in Tort)

228.    Amazon incorporates by reference its responses to Paragraphs 1 through 227 as though fully stated herein.

229.    Paragraph 229 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 229 and therefore denies them.

230.    Paragraph 230 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 230 and therefore denies them.

231.    Paragraph 231 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231 and therefore denies them.

-31-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM
NYSCEF DOC. NO. 6

INDEX NO. 153890/2025
RECEIVED NYSCEF: 05/22/2025

232.    Paragraph 232 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 232 and therefore denies them.

233.    Paragraph 233 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 233 and therefore denies them.

234.    Paragraph 234 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 234 and therefore denies them.

235.    Paragraph 235 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 235 and therefore denies them.

236.    Paragraph 236 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 236 and therefore denies them.

237.    Paragraph 237 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM

NYSCEF DOC. NO. 6

INDEX NO. 153890/2025

RECEIVED NYSCEF: 05/22/2025

information sufficient to form a belief as to the truth of the allegations in Paragraph 237 and therefore denies them.

238.     Paragraph 238 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 238 and therefore denies them.

239.     Paragraph 239 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239 and therefore denies them.

**AS AND FOR A TWELFTH CAUSE OF ACTION AGAINST THE DEFENDANT AS SEEN ON TV PEOPLE LLC (Strict Products Liability – Strict Liability in Tort)**

240.     Amazon incorporates by reference its responses to Paragraphs 1 through 239 as though fully stated herein.

241.     Paragraph 241 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 241 and therefore denies them.

242.     Paragraph 242 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 242 and therefore denies them.

243.     Paragraph 243 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or

-33-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025

NYSCEF DOC. NO. 6    RECEIVED NYSCEF: 05/22/2025

information sufficient to form a belief as to the truth of the allegations in Paragraph 243 and therefore denies them.

244.    Paragraph 244 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 244 and therefore denies them.

245.    Paragraph 245 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 245 and therefore denies them.

246.    Paragraph 246 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 246 and therefore denies them.

247.    Paragraph 247 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 247 and therefore denies them.

248.    Paragraph 248 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248 and therefore denies them.

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM       INDEX NO. 153890/2025
NYSCEF DOC. NO. 6                                      RECEIVED NYSCEF: 05/22/2025

249.     Paragraph 249 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 249 and therefore denies them.

250.     Paragraph 250 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 250 and therefore denies them.

251.     Paragraph 251 does not contain any allegations directed at Amazon and therefore no response is required. To the extent a response is required, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 251 and therefore denies them.

### AS AND FOR A THIRTEENTH CAUSE OF ACTION ON BEHALF OF INFANT PLAINTIFF E.L. BY HER FATHER AND NATURAL GUARDIAN MICHAEL LEE AGAINST THE DEFENDANTS AMAZON, SCHYLLING AND AS SEEN ON TV PEOPLE LLC (ZONE OF DANGER)

252.     Amazon incorporates by reference its responses to Paragraphs 1 through 251 as though fully stated herein.

253.     Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 253 and therefore denies them.

254.     Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 254 and therefore denies them.

255.     Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 255 and therefore denies them.

-35-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025
NYSCEF DOC. NO. 6    RECEIVED NYSCEF: 05/22/2025

256.    Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 256 and therefore denies them.

257.    Amazon denies the allegations in Paragraph 257.

### AS AND FOR A FOURTEENTH CAUSE OF ACTION AGAINST THE DEFENDANTS AMAZON, SCHYLLING AND AS SEEN ON TV PEOPLE LLC (MICHAEL LEE)

258.    Amazon incorporates by reference its responses to Paragraphs 1 through 257 as though fully stated herein.

259.    Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 259 and therefore denies them.

260.    Paragraph 260 consists of legal conclusions to which no response is required. To the extent an answer is required, Amazon denies the allegations in Paragraph 260.

261.    Amazon denies the allegations in Paragraph 261.

The "WHEREFORE" Paragraph in the Verified Complaint is not an allegation and therefore does not require a response from Amazon. To the extent any part of the "WHEREFORE" Paragraph can be construed as an allegation against Amazon, Amazon denies the allegation and denies that Plaintiff is entitled to any relief from Amazon.

### DEFENSES

Without admitting any of the allegations in the Verified Complaint, except as set forth above, and without admitting or acknowledging that Amazon bears any burden of proof as to any of the allegations in the Verified Complaint, Amazon asserts the affirmative and additional defenses listed below. Amazon intends to rely upon other defenses that become available or apparent during pretrial proceedings and/or discovery in this action, and Amazon hereby reserves the right to amend and/or supplement this Answer to assert any such further defenses.

-36-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025
NYSCEF DOC. NO. 6                                      RECEIVED NYSCEF: 05/22/2025

## FIRST DEFENSE

The Verified Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiffs' injuries, if any, were caused in whole or in part by the acts or omissions of other persons or entities over whom Amazon had no supervision or control, those acts or omissions being the sole proximate cause or an intervening or superseding cause of any injuries or damages that Plaintiffs sustained.

## THIRD DEFENSE

No act or omission on the part of Amazon caused or contributed to the injuries or damages alleged by Plaintiffs.

## FOURTH DEFENSE

Plaintiffs' alleged damages were due to their contributory and/or comparative negligence, thereby barring and/or limiting their recovery by operation of comparative negligence principles.

## FIFTH DEFENSE

Plaintiffs' claims against Amazon are barred completely, or must be reduced in proportion to, the fault attributable to such other parties or entities as are found liable.

## SIXTH DEFENSE

Amazon places at issue the negligence, fault, and responsibility, if any, of all persons or entities who contributed in any degree to the injuries, damages, and/or losses Plaintiffs alleged.

## SEVENTH DEFENSE

Plaintiffs' recovery may be barred or subject to reduction due to a failure to mitigate damages.

-37-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025
NYSCEF DOC. NO. 6    RECEIVED NYSCEF: 05/22/2025

## EIGHTH DEFENSE

Plaintiffs' claims against Amazon fail because Amazon did not design, market, manufacture, or sell the product at issue.

## NINTH DEFENSE

Plaintiffs' claims are barred by the doctrine of assumption of the risk.

## TENTH DEFENSE

Plaintiffs' alleged injuries and damages, if any, were caused or contributed to, directly and proximately, in whole or in part, by misuse, unauthorized use, unintended use, unforeseeable use, and/or improper use of the product at issue.

## ELEVENTH DEFENSE

Plaintiffs' claims are barred because the product alleged to have caused the damages was altered or modified from its original condition.

## TWELFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the danger, or potentiality of danger, concerning the product at issue, was open and obvious and/or generally known and recognized.

## THIRTEENTH DEFENSE

If the damages alleged were sustained, which is denied, there was an intervening, superseding cause or causes leading to these alleged damages; and therefore any action on the part of Amazon was not the proximate and/or competent producing cause of the alleged damages.

## FOURTEENTH DEFENSE

Plaintiffs may have received compensation from collateral sources and any recovery by Plaintiffs must be reduced accordingly.

-38-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM

INDEX NO. 153890/2025

NYSCEF DOC. NO. 6

RECEIVED NYSCEF: 05/22/2025

## FIFTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of laches, waiver, unclean hands, and/or equitable estoppel.

## SIXTEENTH DEFENSE

Based on the state of scientific and technological knowledge existing at the time of the alleged injury, the product was reasonably safe for its normal and foreseeable use at all relevant times. Moreover, the product complied with all applicable industry standards and reflected the current state of the art at the time it was manufactured, sold, and distributed.

## SEVENTEENTH DEFENSE

The benefits of the design and composition of the product outweigh the risks, if any, associated with it.

## EIGHTEENTH DEFENSE

The product at issue did not have any manufacturing or design defects and was accompanied by adequate warnings.

## NINETEENTH DEFENSE

Plaintiffs' alleged injuries and damages, if any, were caused or contributed to, directly and proximately, in whole or in part, by Plaintiffs' disregard of the warnings, instructions, and directions for use that accompanied the product.

## TWENTIETH DEFENSE

If the product at issue was defective and/or dangerous, which Amazon denies, Amazon did not know and had no reason to know that that was the case.

## TWENTY-FIRST DEFENSE

Amazon owed no legal duty to Plaintiffs, or, if Amazon owed any such legal duty, Amazon did not breach that duty.

-39-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM    INDEX NO. 153890/2025
NYSCEF DOC. NO. 6                                            RECEIVED NYSCEF: 05/22/2025

## TWENTY-SECOND DEFENSE

Amazon made no express or implied representations or warranties of any kind to Plaintiffs and disclaimed all warranties in its *Conditions of Use*. To the extent the alleged representations or warranties were made, they were made by persons or entities other than Amazon.

## TWENTY-THIRD DEFENSE

Plaintiffs did not rely upon any representations or warranties made by Amazon. To the extent Plaintiffs relied upon any alleged representations or warranties, such reliance was unjustified.

## TWENTY-FOURTH DEFENSE

Plaintiffs' breach of warranty claim is barred due to a lack of privity.

## TWENTY-FIFTH DEFENSE

Plaintiffs' claims may be barred, in whole or in part, by the Federal Communications Decency Act, 47 U.S.C. § 230, to the extent they are based on third-party content on www.amazon.com.

## TWENTY-SIXTH DEFENSE

Amazon reserves the right to assert any additional defenses and claims of avoidance as may be appropriate based upon facts or issues disclosed during the course of additional investigation and discovery.

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM

NYSCEF DOC. NO. 6

INDEX NO. 153890/2025

RECEIVED NYSCEF: 05/22/2025

WHEREFORE, Amazon demands judgment against Plaintiffs dismissing the Verified Complaint with prejudice, together with costs, disbursements, and attorneys' fees.

Dated: May 22, 2025

Respectfully submitted,

PERKINS COIE LLP

By: /s/ *Margaret W. Meyers*
    Margaret W. Meyers
    1155 Avenue of the Americas, 22nd Floor
    New York, New York 10036-2711
    Telephone: +1.212.262.6900
    Facsimile: +1.212.977.1649
    MMeyers@perkinscoie.com

    *Attorney for Defendant Amazon.com, Inc.*

-41-

FILED: NEW YORK COUNTY CLERK 05/22/2025 11:20 AM
NYSCEF DOC. NO. 6

INDEX NO. 153890/2025
RECEIVED NYSCEF: 05/22/2025

## VERIFICATION

Margaret W. Meyers, an attorney duly admitted to practice law before the Courts of the State of New York, affirms the following to be true under the penalties of perjury.

I am a Partner with Perkins Coie LLP, attorneys for Defendant Amazon.com, Inc., and a member of the Bar of the State of New York. I have read the foregoing Answer and know the contents thereof. The same is true, to my knowledge, which is based upon my conversations with individuals familiar with the litigation and the records maintained in connection with this matter. The reason this Verification is made by me, and not made by Amazon, is because Amazon is a foreign corporation, and I maintain my office in New York County.


Dated:  New York, New York
        May 22, 2025


/s/ Margaret W. Meyers
Margaret W. Meyers

-42-