# Appell & Parrinelli

Attorneys At Law

3 West 35th Street, 6th Floor

New York, New York 10001

John J. Appell
Robert T. Parrinelli

(212) 947-0101

Fax (212) 594-0019

July 29, 2025

Honorable Justice Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:    G.L. and E.L., infants by their Father and Natural Guardian, MICHAEL LEE, and
       MICHAEL LEE, Individually v. AMAZON.COM, INC., et al.
       Case No.: 1:25-CV-05375

Dear Justice Subramanian,

Please allow this letter to serve as a request, pursuant to Section 3(e) of Your Honor's Individual Rules, for an adjournment or extension of time in the above-captioned matter, in connection with the motion by Defendants SCHYLLING ASSOCIATES, INC. and AS SEEN ON TV PEOPLE LLC to dismiss certain portions of the complaint.

By way of background, this is a product liability and failure to warn claim which involves an infant child who sustained facial burns as a result of an alleged defective child's toy. This lawsuit was initially filed in the Supreme Court of Nassau County on March 25, 2025. After Plaintiff agreed to a stipulation with the AMAZON Defendants extending their time to answer, those Defendants served their Answer on May 22, 2025. Subsequently, following a stipulation with Defendants SCHYLLING ASSOCIATES, INC. and AS SEEN ON TV PEOPLE LLC to extend their time to answer and/or respond, those Defendants filed a Notice of Removal in lieu of an Answer on June 27, 2025, and thereafter filed a motion to dismiss certain portions of the Complaint on July 7, 2025.

To date there have been no appearances in this matter. The Initial Pretrial Conference is currently scheduled for September 11, 2025 at 3:30 p.m.

Following discussions with defense counsel regarding their pending motion, the parties have agreed and stipulated to extend Plaintiff's time to file opposition papers, respond, and/or make any related motion concerning Defendants' July 7, 2025 motion to dismiss, through and including August 21, 2025 (copy annexed).

# Appell & Parrinelli

Attorneys At Law

Plaintiff respectfully requests this short adjournment due to the voluminous nature of the Defendants' motion, as well as previously scheduled summer travel.

This is Plaintiff's first request for an adjournment of the deadline to respond to the above-referenced motion to dismiss. As noted, defense counsel has graciously consented to this request. The brief extension will not impact any other deadlines in this matter.

Thank you for Your Honor's time and consideration. Plaintiff respectfully awaits the Court's direction.

Very truly yours,
**APPELL & PARRINELLI**

ROBERT T. PARRINELLI, ESQ.
3 West 35th Street, 6th Floor
New York, New York 10001
(212) 947-0101
Email: robert@aptriallaw.com
        nyljja@aol.com
        julissa@aptriallaw.com
        calendar@aptriallaw.com
*Attorneys for Plaintiff*

RTP:ju

TO:    **CRUSHER, MICTHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
       *Attorneys for Defendants*
       *AMAZON.COM, INC. a/k/a AMAZON.COM*
       *SERVICES, INC. d/b/a AMAZON.COM,*
       *AMAZON MARKETPLACE,*
       *SCHYLLING ASSOCIATES, INC. and*
       *AS SEEN ON TV PEOPLE LLC*
       341 Conklin Street, Suite 2
       Farmingdale, New York 11735
       (516) 586-8513

SO ORDERED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 9.

Arun Subramanian, U.S.D.J.
Date: July 30, 2025