UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL LEE et al.,<br><br>                        Plaintiffs,<br><br>        -against-<br><br>AMAZON.COM, INC. et al.,<br><br>                        Defendants. | 25-CV-5375 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's July 2, 2025 Order, ECF No. 4, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **September 3, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 5, 2025**.

      SO ORDERED.

Dated: September 4, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge