GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 27.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 8, 2026



ATTORNEYS AT LAW
341 CONKLIN STREET
FARMINGDALE, NY  11735

TELEPHONE  516-586-8513
FACSIMILE   516-586-8517
www.cmlawfirm.com

CALIFORNIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON

**WRITER'S DIRECT ACCESS**
**516-586-8513**
**rnovitz@cmlawfirm.com**

January 7, 2026

**VIA ECF**
Honorable Justice Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY  10007

> **Re:    G.L. and E.L., infants by their father and natural guardian, Michael Lee, and Michael Lee, Individually v. Amazon.Com, Inc. et al. Case No. 1:25-cv-03575-AS**

Dear Judge Subramanian:

We are writing jointly with Plaintiff and Defendant both requesting a stay of discovery in this case pending the Court's resolution of the Defendant(s)' motion to dismiss and the Plaintiff's motion to amend the complaint.

Under Federal Rule of Civil Procedure 26(c), courts have the discretion to stay discovery upon a showing of good cause. Courts in this district have consistently held that a stay of discovery is appropriate where a pending motion to dismiss is potentially dispositive and appears to have substantial grounds. Here, Plaintiff consents to the stay of discovery as if the motion is granted, and the motion to amend the complaint is granted, the Plaintiff's theory could potentially change and if discovery were to proceed, additional discovery and deposition may be required pursuant to the amended complaint.

In this case, Defendant(s) have filed a motion to dismiss that, if granted, would dispose of the case against them. Additionally, Plaintiff has moved to amend the complaint, which further underscores the need to stay discovery until the pleadings are finalized. Proceeding with discovery at this stage would impose unnecessary costs and burdens on the parties and the Court, particularly when the scope of the claims may change depending on the Court's rulings.

Moreover, as both parties are jointly requesting the relief sought, there can be no prejudice that would result from a temporary stay of discovery.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
January 7, 2026
2 | P a g e

Thank you for your attention to this matter. Please do not hesitate to contact us if the Court requires additional information or would like to schedule a conference to address this request.

Respectfully submitted,

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

Rondiene E. Novitz